HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
NITOJ P. SINGH (SBN: 265005)
nsingh@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendant Gavin Jensen

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ICE CONSULTING, INC. *et al.*,<br><br>               Plaintiffs,<br><br>       v.<br><br>GAVIN JENSEN,<br><br>               Defendant. | Case Number: 16-CV-04349-EMC<br><br>**STIPULATED REQUEST BY ALL PARTIES TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE ; AND [PRO~~PO~~SED] ORDER** |



Stipulated Request to Continue Hearing and Order                    Case No.  16-CV-04349-EMC
21475735.v1

1    Plaintiffs ICE Consulting, Inc. ("ICE"), Uzair Sattar ("Sattar"), and Derick Needham

2  ("Needham"), and Defendant Gavin Jensen ("Jensen"), by and through their respective counsel,

3  hereby enter into this Stipulation to continue the hearing on Plaintiff ICE's Motion for a Preliminary

4  Injunction and Order to Show Cause, currently set for hearing on August 18, 2016. The parties seek

5  such a continuation so that Defendant Jensen's counsel, who was only retained on August 16, 2016,

6  may adequately prepare for any hearing on this matter, and submit an opposition.

7    WHEREAS, on August 3, 2016, Plaintiff ICE filed a Notice of Application and Application

8  for a Temporary Restraining Order and Notice of Motion and Motion for Preliminary Injunction and

9  Order to Show Cause, with supporting documents (Dkt. No. 6);

10    WHEREAS, on August 5, 2016, the Court issued an Order Granting Plaintiff's *Ex Parte*

11  Application for a Temporary Restraining Order ("Order") (Dkt. No. 19), which set a hearing on the

12  Court's order to show cause on why a preliminary injunction should not issue for August 18, 2016;

13    WHEREAS, pursuant to the Court's August 5, 2016 Order, Defendant Jensen was required to

14  submit any opposition to the Motion by August 12, 2016, and Plaintiff ICE was to submit any reply

15  papers by August 15, 2016;

16    WHEREAS, Defendant Jensen only retained counsel on August 16, 2016, and was unable to

17  submit an opposition by the time specified by the Court; and

18    WHEREAS, the parties have met and conferred and agree that the August 18, 2016 hearing

19  should be continued so that Defendant Jensen's counsel may have time to prepare for any hearing on

20  this matter, and submit an opposition;

21    ACCORDINGLY, THE PARTIES HEREBY STIPULATE to the following:

22    That Plaintiff ICE's Motion for a Preliminary Injunction be continued to September 15, 2016,

23  at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5 on the 17th floor of the

24  above-entitled court located at 450 Golden Gate Avenue, San Francisco, California 94102;

25    That Defendant Jensen shall file and serve any papers in opposition by September 6, 2016;

26  and

27    That Plaintiff ICE shall file and serve any reply papers by September 9, 2016;

28    That pursuant to the Court's Order, the parties stipulate and Defendant Jensen consents to an



Stipulated Request to Continue Hearing and Order
21475735.v1

Case No.  16-CV-04349-EMC

extension of the Temporary Restraining Order to remain in effect through 5:00 p.m. of the day after the hearing on the Motion for Preliminary Injunction and Order to Show Cause.

IT IS SO STIPULATED.

Date: August 16, 2016                     DHILLON LAW GROUP INC.

By:  /s/ Nitoj P. Singh
     Nitoj P. Singh

     Attorneys for Defendant Gavin Jensen

Date: August 16, 2016                     NOSSAMAN LLP

By:  /s/ Veronica M. Gray
     Veronica M. Gray
     Andrew C. Crane

     Attorneys for Plaintiffs Ice Consulting, Inc.;
     Uzair Sattar; and Derick Needham

## ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Stipulated Request to Continue Hearing and Order            Case No.  16-CV-04349-EMC
21475735.v1