UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICE CONSULTING, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN JENSEN, <br><br> Defendant. | Case No. 16-cv-04349-EMC <br><br> **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

Plaintiff Uzair Sattar ("Sattar") filed a complaint and declarations in support of Plaintiffs' Motion for a Temporary Restraining Order and Plaintiffs' Ex Parte Application for a Civil Seizure Order. *See* Docket Nos. 7, 11. These pleadings contain material misstatements.

Within **one week** of the date of this order, Plaintiff Sattar is hereby ordered to show cause why sanctions should not be imposed against Mr. Sattar under Rule 11. Plaintiff Sattar shall file a brief not exceeding seven (7) pages together with any evidence in support thereof.

**IT IS SO ORDERED**.

Dated: September 16, 2016

_____
EDWARD M. CHEN
United States District Judge