NOSSAMAN LLP
VERONICA M. GRAY (SBN 72572)
vgray@nossaman.com
ANDREW C. CRANE (SBN 285211)
acrane@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

S. ASHAR AHMED (SBN 256711)
aahmed@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

Attorneys for Plaintiffs and Counter-Defendants
ICE Consulting, Inc.; Uzair Sattar;
and Derick Needham

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ICE CONSULTING, INC., UZAIR SATTAR, and DERICK NEEDHAM,<br><br>    Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GAVIN JENSEN,<br><br>    Defendant and Counter-Claimant. | Case No: 3:16-cv-04349-EMC<br><br>**STIPULATION BY ALL PARTIES EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S COUNTERCLAIMS AND [PRO~~POSED~~] ORDER**<br><br>**[LOCAL RULE 6-2]**<br><br>Counterclaims Filed:   Sept. 16, 2016<br>Counterclaims Served: Sept. 16, 2016<br>Initial Response Date: Oct. 11, 2016<br>New Date to Respond: Oct. 25, 2016<br><br>Trial: Not Set |

1    Pursuant to Federal Rule of Civil Procedure 12(a)(1) and Local Rule 6-2
2    and 8-3, Plaintiffs ICE Consulting, Inc., Uzair Sattar, and Derick Needham
3    (collectively, "Plaintiffs"), and Defendant Gavin Jensen ("Defendant")
4    (collectively, the "Parties"), by and through their respective counsel, hereby enter
5    into this Stipulation Extending Time For Plaintiffs to Respond to Defendant's
6    Counterclaims.  This Stipulation is based on the contents of this stipulation and the
7    Declaration of Andrew C. Crane ("Crane Dec."), filed concurrently herewith.
8    　　　　WHEREAS, on September 16, 2016, Defendant filed an Answer and
9    Counterclaims to Plaintiffs' First Amended Complaint (Dkt. No. 62).  Crane Dec.,
10   ¶ 2.
11   　　　　WHEREAS, at the September 15, 2016 Motion for Preliminary Injunction
12   hearing, the Court ordered the Parties to commence settlement discussions
13   forthwith.  Crane Dec., ¶ 3.
14   　　　　WHEREAS, the Parties are currently engaged in settlement discussions per
15   the Court's instruction.  Crane Dec., ¶ 3.
16   　　　　WHEREAS, Plaintiffs' response to Defendant's Counterclaims is due on
17   October 11, 2016.  Crane Dec., ¶ 4.
18   　　　　WHEREAS, the Parties wish to continue focusing exclusively on settlement
19   negotiations before incurring any additional expense. Crane Dec., ¶ 4.
20   　　　　WHEREAS, there have been no previous time modifications in this case.
21   Crane Dec., ¶ 5.
22   　　　　WHEREAS, the Court has set the Case Management Conference in this
23   matter for November 8, 2016.  Crane Dec., ¶ 6.
24   　　　　WHEREAS, the extension sought by this Stipulation will not affect the
25   schedule for this case.  Crane Dec., ¶ 6.
26
27
28

- 1 -    Case No. 3:16-cv-04349-EMC
STIPULATION BY ALL PARTIES EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO
DEFENDANT'S COUNTERCLAIMS AND [PROPOSED] ORDER

26674193.v1

1  THEREFORE, THE PARTIES HEREBY STIPULATE:

2  That Plaintiffs' deadline to respond to Defendant's Counterclaims shall be

3  extended to October 25, 2016.

4  IT IS SO STIPULATED.

6  Date:  October 7, 2016            NOSSAMAN LLP
                                     VERONICA M. GRAY
                                     ANDREW C. CRANE

8                                    By: /s/ Andrew C. Crane
9                                          Andrew C. Crane

10                                   Attorneys for Plaintiffs and Counter-Defendants
                                     ICE Consulting, Inc.; Uzair Sattar; and Derick Needham

14  Date:  October 7, 2016            DHILLON LAW GROUP INC

15                                   By:  /s/ Nitoj P. Singh
16                                         Nitoj P. Singh

17                                   Attorneys for Defendant and Counter-Claimant
                                     Gavin Jensen

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED
Judge Edward M. Chen

_____
Hon. Edward M. Chen
United States District Judge

- 2 -                                Case No. 3:16-cv-04349-EMC
STIPULATION BY ALL PARTIES EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S COUNTERCLAIMS AND [PROPOSED] ORDER

26674193.v1