1 | HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
2 | NITOJ P. SINGH (SBN: 265005)
nsingh@dhillonlaw.com
3 | DHILLON LAW GROUP INC.
177 Post Street, Suite 700
4 | San Francisco, California 94108
5 | Telephone: (415) 433-1700
Facsimile: (415) 520-6593
6
7 | Attorneys for Defendant Gavin Jensen

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ICE CONSULTING, INC. *et al.*, | Case Number: 16-CV-04349-EMC |
| Plaintiffs, | **STIPULATED REQUEST BY ALL PARTIES FOR AN EARLY REFERRAL TO A JUDICIAL SETTLEMENT CONFERENCE; AND [PROPOSED] ORDER** |
| v. | |
| GAVIN JENSEN, | |
| Defendant. | |



1

Stipulated Request for an Early Referral to a Settlement Conference          Case No.  16-CV-04349-EMC
30429960.v1

1  Plaintiffs ICE Consulting, Inc., Uzair Sattar, and Derick Needham (collectively "Plaintiffs"),
2 and Defendant Gavin Jensen ("Defendant"), by and through their respective counsel, hereby enter
3 into this Stipulation for an early referral to a Settlement Conference pursuant to ADR L.R. 7, *et seq.*
4 The parties have worked in good faith in furtherance of a settlement in this matter, but are now at a
5 point where they believe further settlement discussions would strongly benefit from a judicial
6 settlement conference. In the interest of avoiding further attorneys' fees and costs, the parties seek a
7 referral to the Court's Settlement Conference program now, in advance of the December 8, 2016 Case
8 Management Conference in this matter.

9  WHEREAS, Plaintiffs initiated this matter on August 2, 2016 (Dkt. No. 1);

10  WHEREAS, counsel for Defendant was retained on August 16, 2016;

11  WHEREAS, since August 18, 2016, the parties have discussed settlement in good faith, and
12 have exchanged draft settlement agreements, but have now reached an impasse;

13  WHEREAS, the parties, due to their limited experience with litigation and the emotional
14 nature of this litigation, believe that further settlement discussions will benefit from a judicial
15 settlement conference in place of other ADR options;

16  WHEREAS, the parties believe that only limited additional information and document
17 exchanges may be necessary to effectuate a productive settlement conference;

18  WHEREAS, in the interest of avoiding incurring additional attorneys' fees and costs, the
19 parties request an early referral to a judicial settlement conference in advance of the December 8,
20 2016 Case Management Conference in this matter; and

21  WHEREAS, while Plaintiffs have proposed continuing all dates on all deadlines and hearings
22 so that the parties may focus on settlement, Defendant would, at minimum, request that the Court
23 move forward with the Case Management Conference so that a trial date and other deadlines are set,
24 and that this matter not be further delayed should the parties be unable to reach a settlement;

25  ACCORDINGLY, THE PARTIES HEREBY STIPULATE to the following:

26  That all parties respectfully request that this matter be assigned to an early judicial settlement
27 conference as soon as possible;

28  IT IS SO STIPULATED.

2



Stipulated Request for an Early Referral to a Settlement Conference        Case No.  16-CV-04349-EMC
30429960.v1

1 | Date: November 3, 2016            DHILLON LAW GROUP INC.

2                                    By:  /s/ Nitoj P. Singh
3                                         Nitoj P. Singh

4                                    Attorneys for Defendant Gavin Jensen

5
6 | Date: November 3, 2016            NOSSAMAN LLP

7                                    By:  /s/ Andrew C. Crane
                                          Veronica M. Gray
8                                         Andrew C. Crane

9                                    Attorneys for Plaintiffs ICE Consulting, Inc.;
10                                   Uzair Sattar; and Derick Needham

### ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.** This case is referred to a magistrate judge for an expedited settlement conference. Settlement conference is to be completed within 30 days, if possible.

Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

