NOSSAMAN LLP
VERONICA M. GRAY (SBN 72572)
vgray@nossaman.com
ANDREW C. CRANE (SBN 285211)
acrane@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:   949.833.7878

S. ASHAR AHMED (SBN 256711)
aahmed@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:   415.398.2438

Attorneys for Plaintiffs and Counter-Defendants
ICE Consulting, Inc.; Uzair Sattar;
and Derick Needham

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ICE CONSULTING, INC., UZAIR SATTAR, and DERICK NEEDHAM,<br><br>Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GAVIN JENSEN,<br><br>Defendant and Counter-Claimant. | Case No:  3:16-cv-04349-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON ICE CONSULTING, INC.'S MOTION TO DISMISS AND [~~PROP~~OSED] ORDER**<br><br>Current Date of CMC:  Dec. 8, 2016<br>Proposed New Date<br>Of CMC:                      Dec. 15, 2016<br><br>Trial:  Not Set |

1    Pursuant to Local Rule 6-2, Plaintiffs ICE Consulting, Inc. ("ICE"), Uzair
2 Sattar, and Derick Needham (collectively, "Plaintiffs"), and Defendant Gavin
3 Jensen ("Defendant") (collectively, the "Parties"), by and through their respective
4 counsel, hereby enter into this Stipulation to Continue the Case Management
5 Conference and Hearing on ICE's Motion to Dismiss.  This Stipulation is based on
6 the contents of this stipulation and the Declaration of Andrew C. Crane ("Crane
7 Dec."), filed concurrently herewith.
8    WHEREAS, on October 26, 2016, the Court reset the hearing date for ICE's
9 Motion to Dismiss Defendant's Second, Third, Fourth, and Fifth Counterclaims
10 ("Motion to Dismiss") to December 1, 2016 at 1:30 p.m. (Dkt. No. 81).  Per this
11 same order, the Court also reset the Case Management Conference from
12 November 8, 2016, to December 1, 2016.  Crane Dec., ¶ 2.
13    WHEREAS, on November 2, 2016, the Court reset the hearing date for
14 ICE's Motion to Dismiss and the Case Management Conference from
15 December 1, 2016, to December 8, 2016, at 1:30 p.m. (Dkt. No. 84).  Crane Dec.,
16 ¶ 3.
17    WHEREAS, Andrew C. Crane, lead trial counsel for Plaintiffs, cannot
18 appear on December 8, 2016, due to an all-day arbitration previously scheduled
19 for that date.  Crane Dec., ¶ 4.
20    WHEREAS, the Parties have agreed to a one-week continuance of the
21 hearing date and the Case Management Conference, from December 8 to
22 December 15, 2016, at 1:30 p.m., to accommodate Mr. Crane's conflict and ensure
23 that lead trial counsel for the Plaintiffs is present at the hearing and Case
24 Management Conference.  Crane Dec., ¶ 5.
25    WHEREAS, if the Court is inclined to grant this Stipulation, the Parties
26 request that the time of the hearing and Case Management Conference remain at
27
28

1  1:30 p.m. on December 15, 2016, due to a conflict for Mr. Singh, lead trial
2  counsel for Defendant, during the morning of December 15. Crane Dec., ¶ 5.
3     WHEREAS, the extension sought by this Stipulation will only marginally
4  affect the schedule for this case by continuing the hearing and Case Management
5  Conference by one week.  This would not affect any other dates currently
6  calendared, and as of the filing of this Stipulation, there are no dates currently
7  calendared beyond the hearing and Case Management Conference.  Crane Dec., ¶
8  6.
9     THEREFORE, THE PARTIES HEREBY STIPULATE:
10    That the hearing on ICE's Motion to Dismiss and the Case Management
11 Conference shall be continued from December 8, 2016, to December 15, 2016, at
12 1:30 p.m.
13    IT IS SO STIPULATED.

Date:   November 10, 2016

NOSSAMAN LLP
VERONICA M. GRAY
ANDREW C. CRANE

By: /s/ Andrew C. Crane
        Andrew C. Crane

Attorneys for Plaintiffs and Counter-Defendants
ICE Consulting, Inc.; Uzair Sattar; and Derick Needham

Date:   November 10, 2016

DHILLON LAW GROUP INC

By:  /s/ Nitoj P. Singh
        Nitoj P. Singh

Attorneys for Defendant and Counter-Claimant
Gavin Jensen

- 2 -            Case No. 3:16-cv-04349-EMC
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON
ICE CONSULTING, INC.'S MOTION TO DISMISS AND [PROPOSED] ORDER
31336711.v1

1 **ORDER**

2 **PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING,**

3 **IT IS SO ORDERED that the Motion to Dismiss and the Case Management**

4 **Conference be continued to December 15, 2016 at 1:30 P.M. in Department 5.**

5

6

7 _____

8 Edward M. Chen

9 United States District Judge

10

