
Case 3:16-cv-04349-EMC   Document 102   Filed 01/06/17   Page 1 of 5

NOSSAMAN LLP
VERONICA M. GRAY (SBN 72572)
vgray@nossaman.com
ANDREW C. CRANE (SBN 285211)
acrane@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

S. ASHAR AHMED (SBN 256711)
aahmed@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

Attorneys for Plaintiffs and Counter-Defendants
ICE Consulting, Inc.; Uzair Sattar; and Derick Needham

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ICE CONSULTING, INC., UZAIR SATTAR, and DERICK NEEDHAM,<br><br>　　　　Plaintiffs and Counter-Defendants,<br><br>　vs.<br><br>GAVIN JENSEN,<br><br>　　　　Defendant and Counter-Claimant. | Case No: 3:16-cv-04349-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON ICE CONSULTING, INC.'S MOTION TO DISMISS AND [PR~~OPO~~SED] ORDER**<br><br>Current Date of CMC: Jan. 12, 2017<br>Proposed New Date<br>Of CMC:　　　　Feb. 2, 2017<br><br>Trial: Not Set |


Case No. 3:16-cv-04349-EMC
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON
ICE CONSULTING, INC.'S MOTION TO DISMISS AND [PROPOSED] ORDER
41081262.v1

1  Pursuant to Local Rule 6-2, Plaintiffs and Counter-Defendants ICE Consulting, Inc. ("ICE"), Uzair Sattar, and Derick Needham (collectively, "Plaintiffs"), and Defendant and Counter-Claimant Gavin Jensen ("Defendant") (Plaintiffs and Defendant are herein referred to collectively as the "Parties"), by and through their respective counsel, hereby enter into this Stipulation to Continue the Case Management Conference and Hearing on ICE's Motion to Dismiss.  This Stipulation is based on the contents of this stipulation and the Declaration of Andrew C. Crane ("Crane Dec."), filed concurrently herewith.

WHEREAS, on December 9, 2016, the Parties reached a settlement in principle.  Crane Dec., ¶ 2.

WHEREAS, on December 12, 2016, the Parties submitted a Notice of Conditional Settlement and Request to Stay Proceedings (Dkt. No. 97), informing the Court of the settlement in principle and requesting time to prepare and execute the settlement documents.  Crane Dec., ¶ 3.

WHEREAS, the Court entered an Order staying all proceedings, and resetting the hearing date for ICE's Motion to Dismiss Defendant's Second, Third, Fourth, and Fifth Counterclaims ("Motion to Dismiss") to January 12, 2017 at 1:30 p.m. (Dkt. No. 99).  Per this same order, the Court also reset the Case Management Conference from December 15, 2016, to January 12, 2017.  Crane Dec., ¶ 3.

WHEREAS, on January 4, 2017, counsel for the Parties received a request from the clerk of this Court regarding the status of the Parties' settlement.  Crane Dec., ¶ 4.

WHEREAS, on January 5, 2017, counsel for Plaintiffs explained that (1) due to the intervening holiday season and respective holiday travel on the part of the Parties and their respective counsel, the settlement agreement has not yet been finalized, although the Parties anticipate finalizing the terms of the settlement

1  agreement within a matter of days; and (2) the Parties intend to file a Joint Motion
2  requesting the Court to retain jurisdiction to enforce the settlement agreement no
3  later than January 12, 2017, followed by a Joint Request for Dismissal.  Crane
4  Dec., ¶ 4.
5      WHEREAS, in response, the clerk of this Court suggested the Parties
6  submit a stipulation continuing the hearing date on ICE's Motion to Dismiss to
7  avoid the Court spending unnecessary time preparing for the Motion.  Crane Dec.,
8  ¶ 5.
9      WHEREAS, the three week extension sought by this Stipulation will not
10 affect any other dates currently calendared, because as of the filing of this
11 Stipulation, there are no dates currently calendared beyond the hearing and Case
12 Management Conference.  Moreover, as set forth above, the Parties have settled
13 this matter in principle and will be submitting filings with the Court regarding the
14 settlement within a matter of days.  Crane Dec., ¶ 6.
15     THEREFORE, THE PARTIES HEREBY STIPULATE:
16     That the hearing on ICE's Motion to Dismiss and the Case Management
17 Conference shall be continued from January 12, 2017, to February 2, 2017, at 1:30
18 p.m.
19     IT IS SO STIPULATED.
20
21 Date:   January 6, 2017         NOSSAMAN LLP
                                   VERONICA M. GRAY
22                                 ANDREW C. CRANE
23
                                   By: /s/ Andrew C. Crane
24                                     Andrew C. Crane
25                                 Attorneys for Plaintiffs and Counter-
                                   Defendants
26                                 ICE Consulting, Inc.; Uzair Sattar;
27                                 and Derick Needham
28

|  |  |
|---|---|
| Date:   January 6, 2017 | DHILLON LAW GROUP INC<br><br>By: /s/ Nitoj P. Singh<br>     Nitoj P. Singh<br><br>Attorneys for Defendant and Counter-Claimant<br>Gavin Jensen |

Additional Counsel:

HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
NITOJ P. SINGH (SBN: 265005)
nsingh@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendant Gavin Jensen

1  **ORDER**

2  **PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING,**

3  **IT IS SO ORDERED that the Motion to Dismiss and the Case Management**

4  **Conference be continued to February ~~3~~ 2, 2017 at 1:30 P.M. in Department 5.**



_____
Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 4 -                                                Case No. 3:16-cv-04349-EMC
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON
ICE CONSULTING, INC.'S MOTION TO DISMISS AND [PROPOSED] ORDER
41081262.v1