NOSSAMAN LLP
VERONICA M. GRAY (SBN 72572)
vgray@nossaman.com
ANDREW C. CRANE (SBN 285211)
acrane@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:   949.833.7800
Facsimile:    949.833.7878

S. ASHAR AHMED (SBN 256711)
aahmed@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   415.398.3600
Facsimile:    415.398.2438

Attorneys for Plaintiffs and Counter-Defendants
ICE Consulting, Inc.; Uzair Sattar; and Derick Needham

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ICE CONSULTING, INC., UZAIR SATTAR, and DERICK NEEDHAM,<br><br>        Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>GAVIN JENSEN,<br><br>        Defendant and Counter-Claimant. | Case No: 3:16-cv-04349-EMC<br><br>**STIPULATION TO VACATE WITHOUT PREJUDICE THE HEARING ON ICE CONSULTING, INC.'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Current Date of CMC and Hearing:<br>     Feb. 2, 2017<br><br>Trial:  Not Set |

1. Pursuant to Local Rule 6-2, Plaintiffs and Counter-Defendants ICE Consulting, Inc. ("ICE"), Uzair Sattar, and Derick Needham (collectively, "Plaintiffs"), and Defendant and Counter-Claimant Gavin Jensen ("Defendant") (Plaintiffs and Defendant are herein referred to collectively as the "Parties"), by and through their respective counsel, hereby enter into this Stipulation to Vacate Without Prejudice the Hearing on ICE's Motion to Dismiss and the Case Management Conference set for February 2, 2017.

WHEREAS, on December 9, 2016, the Parties reached a settlement in principle.  Crane Dec., ¶ 2.

WHEREAS, on January 25, 2017, after continued negotiation and discussions, the Parties reached agreement on all the terms of a formal, written settlement agreement.  Crane Dec., ¶ 3.

WHEREAS, on January 25, 2017, counsel for the Parties received a request from the clerk of this Court regarding the status of the Parties' settlement in light of the upcoming hearing on ICE's Motion to Dismiss on February 2, 2017.  Crane Dec., ¶ 4.

WHEREAS, on January 25, 2017, counsel for Plaintiffs responded to the clerk of this Court that (1) the Parties had just finally come to terms on the language of their written settlement agreement and were in the process of exchanging signatures; and (2) the Parties intend to file a Joint Motion requesting the Court to retain jurisdiction to enforce the settlement agreement once signatures had been exchanged, followed by a Joint Request for Dismissal.  Crane Dec., ¶ 4.

WHEREAS, in response, on January 27, 2017, the clerk of this Court requested that the Parties submit a stipulation vacating the hearing date on ICE's Motion to Dismiss without prejudice to being re-noticed if necessary, in order to avoid the Court spending unnecessary time preparing for the Motion.  Crane Dec., ¶ 5.

THEREFORE, THE PARTIES HEREBY STIPULATE:

That the hearing on ICE's Motion to Dismiss and the Case Management Conference set for February 2, 2017, at 1:30 p.m. be vacated without prejudice to be re-noticed at a later date if necessary.

IT IS SO STIPULATED.

Date:   January 27, 2017

NOSSAMAN LLP
VERONICA M. GRAY
ANDREW C. CRANE

By: /s/ Andrew C. Crane
        Andrew C. Crane

Attorneys for Plaintiffs and Counter-Defendants
ICE Consulting, Inc.; Uzair Sattar; and Derick Needham

Date:   January 27, 2017

DHILLON LAW GROUP INC

By:  /s/ Nitoj P. Singh
        Nitoj P. Singh

Attorneys for Defendant and Counter-Claimant
Gavin Jensen

Additional Counsel:
HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
NITOJ P. SINGH (SBN: 265005)
nsingh@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
Attorneys for Defendant Gavin Jensen

1 **ORDER**

2 **PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING,**

3 **IT IS SO ORDERED that the hearing on Plaintiff ICE Consulting, Inc.'s**

4 **Motion to Dismiss, and the Case Management Conference, set February 2,**

5 **2017 at 1:30 P.M. is VACATED without prejudice to being re-noticed at a**

6 **later date if it becomes necessary.** A Further CMC is set for 3/2/2017 at 10:30 a.m. An updated joint CMC statement shall be filed by 2/23/17.

_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 3 -  Case No. 3:16-cv-04349-EMC
STIPULATION TO VACATE WITHOUT PREJUDICE THE HEARING ON ICE CONSULTING, INC.'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

44844401.v1