NOSSAMAN LLP
VERONICA M. GRAY (SBN 72572)
vgray@nossaman.com
ANDREW C. CRANE (SBN 285211)
acrane@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:   949.833.7878

S. ASHAR AHMED (SBN 256711)
aahmed@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:   415.398.2438

Attorneys for Plaintiffs and Counter-Defendants
ICE Consulting, Inc.; Uzair Sattar;
and Derick Needham

[Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ICE CONSULTING, INC., UZAIR SATTAR, and DERICK NEEDHAM<br><br>　　　　Plaintiffs and Counter-Defendants,<br><br>　　vs.<br><br>GAVIN JENSEN,<br><br>　　　　Defendant and Counter-Claimant. | Case No:  3:16-cv-04349-EMC<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT; [PRO~~POS~~ED] ORDER**<br><br>Trial:  Not Set |

|   |   |
|---|---|
| 1 | Plaintiffs and Counter-Defendants ICE Consulting, Inc. ("ICE"); Uzair |
| 2 | Sattar ("Sattar"); and Derick Needham (collectively, "Plaintiffs"); and Defendant |
| 3 | and Counter-Claimant Gavin Jensen ("Defendant") (Plaintiffs and Defendant shall |
| 4 | be referred to individually as "Party" and collectively as "Parties"), by and |
| 5 | through their respective attorneys, file this stipulation pursuant to Rule 41(a)(2) |
| 6 | and (c) of the Federal Rules of Civil Procedure, and agree that: (a) all claims or |
| 7 | causes of action that were asserted by Plaintiffs against Defendant in the First |
| 8 | Amended Complaint (Dkt. No. 33) in the above-entitled action ("Action") are to |
| 9 | be dismissed with prejudice; (b) all claims or causes of action which were asserted |
| 10 | by Defendant against Plaintiffs in the Counterclaim(s) (Dkt. No. 62) in the Action |
| 11 | are to be dismissed with prejudice; (c) each Party is to bear its own attorneys' fees |
| 12 | and costs (except to the extent agreed to in writing otherwise); (d) each Party |
| 13 | waives its right to appeal from the Court's Order entered pursuant to this |
| 14 | Stipulation; and (e) this Court shall retain jurisdiction to enforce the terms of the |
| 15 | Confidential Settlement Agreement as set forth in its February 6, 2017 Order (Dkt. |
| 16 | No. 107) retaining jurisdiction to enforce the terms of the Confidential Settlement |
| 17 | Agreement entered into by the Parties. |

Date:   February 7, 2017

NOSSAMAN LLP
VERONICA M. GRAY
ANDREW C. CRANE

By: /s/ Andrew C. Crane
         Andrew C. Crane

Attorneys for Plaintiffs and Counter-Defendants
ICE Consulting, Inc.; Uzair Sattar; and Derick Needham

- 1 -    Case No. 3:16-cv-04349-EMC
JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE;
[PROPOSED] ORDER

46923436.v1

| | |
|---|---|
| Date:   February 7, 2017 | DHILLON LAW GROUP INC<br><br>By:  /s/ Nitoj P. Singh<br>        Nitoj P. Singh<br><br>Attorneys for Defendant and Counter-Claimant<br>Gavin Jensen |

Additional Counsel:

HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
NITOJ P. SINGH (SBN: 265005)
nsingh@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendant and Counter-claimant Gavin Jensen

1    [PROPOSED] ORDER

2  Pursuant to the Parties Joint Stipulation of Dismissal of All Claims with Prejudice,
3  and Good Cause Appearing,

5  IT IS SO ORDERED that:

6       1.    All claims or causes of action that were asserted by Plaintiffs against
7  Defendant in the First Amended Complaint (Dkt. No. 33) in the above-entitled
8  action ("Action") are hereby dismissed with prejudice;

9       2.    All claims or causes of action which were asserted by Defendant
10 against Plaintiffs in the Counterclaim(s) (Dkt. No. 62) in the Action are hereby
    dismissed with prejudice;

11      3.    Each Party shall bear its own attorneys' fees and costs (except to the
12 extent agreed to in writing otherwise);

13      4.    Each Party waives its right to appeal from this Order;

14      5.    This Court shall retain jurisdiction to enforce the terms of the
15 Confidential Settlement Agreement as set forth in its February 6, 2017 Order (Dkt.
16 No. 107) retaining jurisdiction to enforce the terms of the Confidential Settlement
17 Agreement entered into by the Parties. The Clerk of the Court is directed
18 to close this case.

19 Dated:   2/9/2017



HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 1 -                                 Case No. 3:16-cv-04349-EMC
46923436.v1